UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 15-313 RMW |
| Plaintiff, ) | |
| ) | [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME |
| ) | UNDER THE SPEEDY TRIAL ACT |
| YOLANDA ABERIN SCOTT, ) | |
| Defendant. ) | |

For the reasons stated by the parties at the October 19, 2015, status hearing, the Court finds that the ends of justice served by excluding time under the Speedy Trial Act, from October 19, 2015, through January 11, 2016, the date set for the next status hearing, outweigh the best interests of the public and defendant Yolanda Aberin Scott in a speedy trial because additional time is required to allow for continuity of counsel, and to allow defendant Yolanda Aberin Scott and her counsel, adequate time to review the government's discovery; to prepare this matter for trial; and to prepare witnesses for trial.

IT IS ORDERED that the period of delay from October 19, 2015, through January 11, 2016, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this continuance allowing for continuity of counsel and for adequate preparation outweigh the best interests of the public and defendant in a speedy trial.

ORDERED this __22nd__ day of October, 2015, at San Jose, California.

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE